**FILED**

09/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0176

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0176

_____

IN RE THE MARRIAGE OF:

VIRGINIA E. UPCHURCH,

      Petitioner and Appellee,

and

                                        O R D E R

JOHANNES C. UPCHURCH,

      Respondent and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jennifer B. Lint, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 18 2024